CAUSE NO. 14-14-00999-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

NOV 2 0 2015

CHRISTOPHER A. PRINE
CLERK

IN THE FOURTEENTH COURT OF APPEALS

GARY LEE MOUNT, APPELLANT

~~MAILED~~ 11-18 Pa

US.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 248th Criminal District Court of Harris County, Texas, Cause No. 1449195, 1449196 Honorable Katherine Cabaniss, Judge Presiding

## Motion For Copy's of States Response to Appellants Pro Se Brief Filed on 10-28-15

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Comes now Appellant, GARY LEE MOUNT and files this his Motion to have Copy's of States response to his Pro Se Brief and would respectfully show the Court as follows:

I

I have not been served with a copy of the States response to my Pro Se Brief filed on 10-28-15 filed by Appellant Gary Lee Mount Pro Se,

## II

On June 22, 2015 Deborah Summers filed a motion to withdraw from representation of the Appellants Direct Appeal, ~~xxxxxx~~ I have reviewed the appellate record in this cause and have determined that there are no legally cognizable arguments which could conceivably persuade this Court to reverse my client's conviction. I have attempted to resolve doubts and ambiguous legal question in favor of my client and have not been able to locate one issue which is arguable on its merits. She visted me one time in the county jail and thats it. I sent yall 4 issue's for review and I have 6 more issues I didn't raise because thay are 11.07 issue's and Ms. Summers said I had no issue's to raise. I do not want her on my case no more I refuse to let her represent me at all.

## III

③

I recieved a from yall on the 11-17-15 in re-gards to yalls letter of 11-12-15 which was,

This case is scheduled for submission without oral argument on the briefs and the record on Thursday, December 03, 2015. I need notice yall servered Deborah D. Summers with a copy on this notice which she has no business in my legal affairs no more she filed the withdrawel motion I didn't she brought that on her self. I do not want her geting a copy of my brief or any copys of anything she is no longer my Lawyer.

I ask for a copy of the District Attorneys Alan Curry response to my Pro Se Brief filed on 10-28-2015.

If the State has wavied filing one then this should viladated My issue as true to what I'm arguing in this Pro Se Brief. That there is merit in these issue's I also have 6 issue's that I only Can raise on a 11.07 Habeas Corpus. Eneffective Assistance of Appellant Attorney is one as bias and prejudice Attorney

④

WHEREAS PREMISES CONSIDERED, appellant prays that this Court GRANT this motion and allow appellant to be servered with a Copy of States response to Pro Se Brief filed by GARY LEE MOUNT, Appellant on 10-28-15.

Respectfully
Submitted,

Gary Lee Mount
McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102
TDCJ# 1969963

Dorm/Bed
7-I-12-Bottom

DATE: 11-17-2015